Form NMDap

# UNITED STATES BANKRUPTCY COURT
*for the*
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re: 201 El Camino Real LLC, Debtor(s). | Case No.: 23–30465 |
| | Chapter: 7 |
| Hu–HanTwo LLC, Plaintiff(s) | Adversary No. 25–03039 |
| vs. | |
| 2700 Middlefield Road LLC et al., Defendant(s). | |

## ORDER AND NOTICE OF MISSING DOCUMENTS OR UNPAID FEES IN ADVERSARY PROCEEDING

According to the court's records, at the time of filing the complaint on 9/29/25, it appears that the above–named Plaintiff(s) did not file the required documents or, if applicable, pay the appropriate filing fee as indicated below:

☐ Adversary Cover Sheet

☐ Failure to Pay Filing Fee of $350.00

☒ Corporate Ownership Statement Pursuant to Fed. R. Bankr. P. 7007.1

☐ Other:

IT IS ORDERED that the Plaintiff(s) file the documents and/or pay the required filing fee within fourteen (14) days. Failure to comply within 14 days could result in the complaint being dismissed for lack of prosecution.

Dated: <u>10/1/25</u>

By the Court:

Dennis Montali
United States Bankruptcy Judge