Hu-HanTwo LLC,

    Plaintiff

2700 Middlefield Road LLC,

    Defendant

Adv. Proc. No. 25-03039-DM

# CERTIFICATE OF NOTICE

| District/off: 0971-3 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Oct 01, 2025 | Form ID: NMDAP | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion17.sf.ecf@usdoj.gov | Oct 02 2025 03:53:00 | Office of the U.S. Trustee / SF, Phillip J. Burton Federal Building, 450 Golden Gate Ave. 5th Fl., #05-0153, San Francisco, CA 94102-3402 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2025             Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Michael B. Lubic | |
| | on behalf of Plaintiff Hu-HanTwo LLC michael.lubic@klgates.com |

TOTAL: 1

# UNITED STATES BANKRUPTCY COURT
### *for the*
### California Northern Bankruptcy Court

| | |
|---|---|
| In Re: 201 El Camino Real LLC ,<br>      Debtor(s). | Case No.: 23−30465 |
| | Chapter: 7 |
| Hu−HanTwo LLC ,<br>      Plaintiff(s) | Adversary No. 25−03039 |
| vs. | |
| 2700 Middlefield Road LLC et al.,<br>      Defendant(s). | |

## ORDER AND NOTICE OF MISSING DOCUMENTS
## OR UNPAID FEES IN ADVERSARY PROCEEDING

According to the court's records, at the time of filing the complaint on 9/29/25, it appears that the above−named Plaintiff(s) did not file the required documents or, if applicable, pay the appropriate filing fee as indicated below:

☐ Adversary Cover Sheet

☐ Failure to Pay Filing Fee of $350.00

☑ Corporate Ownership Statement Pursuant to Fed. R. Bankr. P. 7007.1

☐ Other:

IT IS ORDERED that the Plaintiff(s) file the documents and/or pay the required filing fee within fourteen (14) days. Failure to comply within 14 days could result in the complaint being dismissed for lack of prosecution.

Dated: <u>10/1/25</u>

By the Court:

Dennis Montali
United States Bankruptcy Judge