MICHAEL B. LUBIC (SBN 122591)
KEVIN S. ASFOUR (SBN 228993)
RACHEL BERMAN (SBN 352237)
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA  90067
Telephone: (310) 552-5000
Facsimile:  (310) 552-5001
Email:  michael.lubic@klgates.com
        kevin.asfour@klgates.com
        rachel.berman@klgates.com

Attorneys for Creditor Hu-HanTwo LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>201 EL CAMINO REAL, LLC,<br><br>                      Debtor. | Case No. 3:23-bk-30465-DM<br><br>Chapter 7<br><br>Adv. Pro. No. 3:25-ap-03039-DM |
| HU-HANTWO LLC, derivatively on behalf of 201 El Camino Real, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>NARIMAN SEYED TEYMOURIAN; 2700 MIDDLEFIELD ROAD LLC; PALADIN FUNDING, INC.; BAYTECH HOLDINGS, LLC; and DOES 1-50;<br><br>              Defendants,<br><br>    and<br><br>JANINA M. HOSKINS, as chapter 7 trustee of 201 El Camino Real, LLC,<br><br>              Nominal Defendant,<br><br>              Defendants. | **PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT (FRBP 7007.1)**<br><br>Date:    November 21, 2025<br>Time:   1:30 p.m.<br>Place:  Courtroom 17<br>         United States Bankruptcy Court<br>         450 Golden Gate Ave, 16th Floor<br>         San Francisco, CA 94102 |

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, Plaintiff Hu-HanTwo LLC, a California limited liability company, hereby discloses that there is no corporation that owns an interest in Plaintiff.

Dated: October 14, 2025

MICHAEL B. LUBIC
KEVIN S. ASFOUR
RACHEL BERMAN
K&L GATES LLP

By: /s/ Michael B. Lubic
    Michael B. Lubic

Attorneys for Creditor Hu-HanTwo LLC