

**Signed and Filed: November 19, 2025**

_Dennis Montali_

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case |
| | ) No. 23-30465-DM |
| 201 EL CAMINO REAL, LLC, | ) |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) |
| HU-HANTWO LLC, derivatively on behalf of 201 El Camino Real, LLC, | ) Adversary Proceeding ) No. 25-03039-DM |
| | ) |
| Plaintiff, | ) Date: January 23, 2026 ) Time: 1:30 PM |
| v. | ) Place: In-Person or Via Zoom |
| NARIMAN SEYED TEYMOURIAN; 2700 MIDDLEFIELD ROAD LLC; PALADIN FUNDING, INC.; BAYTECH HOLDINGS, LLC; and DOES 1-50, | ) Courtroom 17, 16th Floor ) 450 Golden Gate Ave ) San Francisco, CA ) |
| Defendants, | ) **ORDER CONTINUING SCHEDULING** |
| | ) **CONFERENCE** |
| and | ) |
| JANINA M. HOSKINS, as Chapter 7 Trustee of 201 El Camino Real, LLC, | ) ) ) |
| Nominal Defendant, | ) |
| Defendants. | ) |
| | ) |

-1-

On September 29, 2025, plaintiff Hu-Han Two, LLC, derivatively on behalf of 201 El Camino Real, LLC ("Plaintiff") commenced the above-captioned adversary proceeding. In the Adversary Complaint (Dkt 1) at footnote 1, Plaintiff indicated it will file a motion for authority to bring the action derivatively, on behalf of the bankruptcy estate of 201 El Camino Real, LLC. No such relief has been sought in this adversary proceeding and the main case, *201 El Camino Real, LLC*, Case No. 23-30465-DM. The record also reflects the Chapter 7 Trustee filed a Statement of Non-Authorization (Dkt 3). Furthermore, Plaintiff has not served the complaint and summons on the defendants.

Accordingly, the scheduling conference currently set on November 21, 2025 is continued to **January 23, 2026, at 1:30 PM**, before the Honorable Dennis Montali.

Parties may participate in this hearing in-person or by Zoom. To attend in-person, you should arrive at Courtroom 17, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA no later than the time set forth in this Order. To attend via Zoom, please consult the court's website, which provides information explaining how to arrange an appearance at a video hearing. If you have questions about how to participate in a hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the court's website.

**END OF ORDER**

-2-

Case: 25-03039   Doc# 9   Filed: 11/19/25   Entered: 11/19/25 17:45:45   Page 2 of 3

2700 Middlefield Road LLC
c/o Tierney Watson & Healy
575 Market St
Suite 3050
San Francisco, CA 94105

Paladin Funding, Inc.
430 Ridge Road
Tiburon, CA 94920

Baytech Holdings, LLC
566 Commercial Street
San Francisco, CA 94111

Jennifer C. Hayes, Esq.
Finestone Hayes LLP
456 Montgomery Street, Suite 1300
San Francisco, CA 94104

Nariman Seyed Teymourian
66 Barry Ln.
Atherton, CA 90247

Case: 25-03039   Doc# 9   Filed: 11/19/25   Entered: 11/19/25 17:45:45   Page 3 of 3