# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: admin | Date Created: 6/24/2026 |
| Case: 25−03039 | Form ID: SUM | Total: 1 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Michael B. Lubic | michael.lubic@klgates.com |

TOTAL: 1